No. 344. UNITED STATES *v.* MOORE ET UX. C. A. 5th Cir. Certiorari granted. *Solicitor General Perlman* and *Ed Dupree* for the United States. *Frank Cusack* for respondents.

No. 348. JORDAN, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION, *v.* DE GEORGE. C. A. 7th Cir. Certiorari granted. *Solicitor General Perlman* for petitioner. *Thomas F. Dolan* for respondent.

No. 363. 62 CASES OF JAM ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari granted. *Clarence L. Ireland* and *Benjamin F. Stapleton, Jr.* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *John T. Grigsby* for the United States.

No. 189, Misc. SHEPHERD ET AL. *v.* FLORIDA. Supreme Court of Florida. Certiorari granted. *Franklin H. Williams, Thurgood Marshall* and *Robert L. Carter* for petitioners. *Richard W. Ervin,* Attorney General of Florida, *Howard S. Bailey* and *Reeves Bowen,* Assistant Attorneys General, for respondent.

No. 251. DUISBERG *v.* UNITED STATES. Court of Claims. Certiorari denied. *Eugene L. Garey* and *Abraham Hornstein* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison* and *Paul A. Sweeney* for the United States.

No. 339. KAMEN *v.* GRAY, SHERIFF. Supreme Court of Kansas. Certiorari denied. *Mark H. Adams* for petitioner. *Harold R. Fatzer,* Attorney General of Kansas,